AO 91 (Rev. 11/11)  Criminal Complaint     Authorized and Approved Date: s/David McCrary

# UNITED STATES DISTRICT COURT
## for the
### Western District of Oklahoma

| United States of America | ) |
|---|---|
| v. | ) |
| Bret Walker Shipman | ) Case No. MJ-24-120-STE |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 7, 2024  in the county of  Oklahoma  in the Western District of  Oklahoma , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1361 | Destroying Federal Property with Damages Exceeding $1,000 |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent Charles Stanley, Federal Bureau of Investigation (FBI)

☑ Continued on the attached sheet.

*Complainant's signature*

Charles Stanley, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Feb 8, 2024**

*Judge's signature*

Shon T. Erwin, U.S. Magistrate Judge
*Printed name and title*

City and state:  Oklahoma City, Oklahoma

## WESTERN DISTRICT OF OKLAHOMA
## OKLAHOMA CITY, OKLAHOMA

STATE OF OKLAHOMA )
)
COUNTY OF OKLAHOMA )

## AFFIDAVIT

I, Charles Stanley, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since May 2016. I am currently assigned to the Oklahoma City Division, Cyber squad. Previously, I have worked investigations involving Violent Crime. As part of my duties as an FBI Special Agent, I am empowered to investigate offenses relating to destruction of United States Government property, including violations of 18 U.S.C. § 1361, among other violations of federal law.

2. This affidavit is made in support of a criminal complaint charging **Bret Walker Shipman (SHIPMAN)** with a violation of 18 U.S.C. § 1361 (Malicious Mischief – Government Property or Contracts). The facts in this affidavit come from my personal observations and information obtained from other agents and witnesses. This affidavit is intended to show merely that

1

there is sufficient probable cause for the requested criminal complaint and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

3. On February 7, 2024, at approximately 4:15 p.m., **SHIPMAN** entered the visitor's parking lot of the building occupied by the FBI, Oklahoma City Division, located at 3301 W. Memorial Road, Oklahoma City, Oklahoma. This damage building is government property. **SHIPMAN** was driving a white, four-door vehicle. After exiting his vehicle, **SHIPMAN** proceeded to climb over the security fence surrounding the perimeter of the building. After breaching the security perimeter, **SHIPMAN** proceeded toward the front entrance where he used a hammer to strike the glass windows and the glass on the doors of the FBI building. **SHIPMAN** proceeded south along the building and began striking windows along the East-facing wall.

4. After striking windows along the East-facing wall, **SHIPMAN** proceeded West and began striking the South-facing windows. **SHIPMAN** was located near the Southwest corner of the building when FBI Task Force Officers and Special Agents engaged **SHIPMAN**. **SHIPMAN** was given verbal commands to put down the hammer and get on the ground. **SHIPMAN** ignored the commands, continued hitting the windows and advanced toward FBI Task Force Officers and Special Agents. **SHIPMAN** was again given

verbal commands to put the hammer down and get on the ground. **SHIPMAN** eventually complied and was taken into custody.

5. All told, over thirty (30) windows were damaged and/or broken during this incident. According to FBI Facilities, the damage to the building—and thus to government property— is well in excess of $1,000.

## CONCLUSION

6. Based on the foregoing, I believe that probable cause exists to show that **Bret Walker Shipman** willfully damaged government property with damages exceeding $1,000, in violation of 18 U.S.C. § 1361.

*[signature]*
CHARLES STANLEY
Special Agent
Federal Bureau of Investigation

SWORN AND SUBSCRIBED to before me on this 8th day of February, 2024.

*[signature]*
SHON T. ERWIN
United States Magistrate Judge

3